UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY KENT GANS | : CIVIL ACTION NO.: |
| Plaintiffs, | : 2:15-CV-04712-GJP |
| v. | : |
| UNITED STATES OF AMERICA | : |
| Defendant. | : |

## STIPULATION FOR VOLUNTARY DISMISSAL

Pursuant to Civ. R. 41(a)(1), Plaintiff, Gregory Kent Gans and Defendant, United States of America, by and through their undersigned attorneys hereby stipulate and agree that the above captioned matter, including all claims and counterclaims, has been entirely resolved and should be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

_____
Leonard V. Fodera, Esquire
Fodera & Long, P.C.
1500 Walnut Street - Suite 900
Philadelphia, PA 19102
(215) 569-1212
Attorneys for Plaintiff

Dated: 4/29/16

_____
Joel M. Sweet, Esquire
United States Attorney's Office
615 Chestnut Street -Suite 1250
Philadelphia, PA 19106
(215) 861-8581
Attorneys for Defendant

Dated:

J.